**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

LEGACY HOUSING CORPORATION

          Plaintiff,

VERSUS

COUNTRY AIRE HOMES OF LA, LLC, et al.

          Defendants.

CIVIL ACTION NO. 2:24-cv-00460

JUDGE: JAMES D. CAIN, JR.

MAGISTRATE JUDGE: DAVID J. AYO

---

COUNTRY AIRE HOMES OF LA, LLC, GULF STREAM HOMES OF LA, LLC, GULF STREAM HOMES OF MS, LLC, GULF STREAM MANOR PHASE 2 HOMES, LLC, IOWA HOMES, LLC, SINOP GS HOMES, LLC, SOUTHERN POINTE HOMES, LLC, SOUTHERN POINTE INVESTMENTS LLC, SOUTHERN POINTE INVESTMENTS II LLC, STELLAR GS HOMES LLC and WILLIAM RODWELL,

          Counterclaimants,

VERSUS

LEGACY HOUSING CORPORATION and CURTIS HODGSON,

          Counterclaim Defendants.

**INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**
**COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.1(h),

defendants Eric Wooten, Robert Hutson, and Tony Hartsgrove (collectively, "Individual

Defendants"), respectfully move to dismiss the Complaint filed by Plaintiff Legacy Housing

Corporation for lack of personal jurisdiction.[1] The grounds for the relief requested in this Motion are set forth in the Individual Defendants' supporting brief, which accompanies this Motion.

Dated:  May 28, 2024.

| | |
|---|---|
| */s/ Eliyahu Ness* | */s/ Van C. Seneca* |
| Eliyahu "Eli" Ness | Billy E. Loftin, Jr. |
| NESS PLLC | Van C. Seneca |
| 3232 McKinney Ave., Ste. 500 | Loftin Law Group, LLC. |
| Dallas, TX  75204 | 113 Dr. Michael DeBakey Dr. |
| Telephone - (469) 319-1355 | Lake Charles, LA  70601 |
| eness@nesslegal.com | Telephone - (337) 310-4300 |
| | Fax – (337) 310-4400 |
| | billy@loftinleblanc.com |
| | van@loftinleblanc.com |

---

[1] Defendants William Rodwell; Country Aire Homes of LA, LLC; Gulf Stream Homes of LA, LLC; Gulf Stream Homes of MS, LLC; Gulf Stream Manor Phase 2 Homes, LLC; Iowa Homes, LLC; SINOP GS Homes, LLC; Southern Pointe Homes, LLC; Southern Pointe Investments LLC; Southern Pointe Investments II LLC; and Stellar GS Homes, LLC do not join this motion.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on

Plaintiff's counsel of record by filing a copy of the foregoing document electronically with the

Clerk of Court using the CM/ECF  system on May 28, 2024.


                    By:  _/s/ *Eliyahu Ness*_
                       Eliyahu Ness