## DECLARATION OF ERIC WOOTEN

I, ERIC WOOTEN, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I do not reside in the state of Louisiana and have never resided in the State of Louisiana. I reside in Pass Christian, Mississippi.

3. I do not personally own any of the homes in Louisiana that are at issue in this litigation.

4. I do not regularly conduct business in Louisiana.

5. None of my personal assets are commingled with any of the assets of the limited liability defendants. I am an investor, among other investors, in some of the LLC defendants, which are managed by William Rodwell. I do not have control or authorization to use any funds of the LLCs or to make distributions.

6. I declare under penalty of perjury that the foregoing is true and correct.

_____
Eric Wooten

05/27/2024
_____
Date